IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MELITA COY,                                         *

           Plaintiff,                         *

v.                                                          Case No.  7:25-cv-39 (ALS)

                                          *

COMMISSIONER OF SOCIAL SECURITY,

                                          *

           Defendant.

_____          *

## **J U D G M E N T**

Pursuant to the Order of this Court filed February 4, 2026, and for the reasons stated therein, JUDGMENT is hereby awarding Plaintiff attorneys' fees in the amount of $9,800.00.

This 5th day of February, 2026.

David W. Bunt, Clerk

s/  Katie Logsdon, Deputy Clerk